FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:17 cr 74 T 33 AAS

ALEXANDER GABRIEL MEZA GONZALEZ 18 U.S.C. § 554

# INFORMATION

The United States Attorney charges:

## Introduction

At times material to this Information:

1. The Arms Export Control Act ("AECA") (Title 22, United States Code, Section 2778) authorizes the President of the United States ("the President") to control the export of "defense articles" by designating items on the United States Munitions List ("USML").

2. The AECA and its attendant regulations, the International Traffic in Arms Regulations ("ITAR") (Title 22, Code of Federal Regulations, Sections 120-130), require a person to apply for and obtain an export license from the Department of State, Directorate of Defense Trade Controls ("DDTC"), before exporting arms, ammunition, or articles of war, which are all classified as defense articles, from the United States (Title 22, United States

Code, Sections 2778(b)(2) and 2794(3), and Title 22, Code of Federal Regulations, Section 120.1).

3. In the application for an export license, the exporter is required to state, among other things, the nature of the armaments to be exported, the end recipient of the armaments, and the purpose for which the armaments are intended. These factors and others assist the DDTC in determining whether the export of the armaments would further the security and foreign policy interests of the United States or would otherwise affect world peace.

## COUNT ONE

On or about March 24, 2012, in Hillsborough County, in the Middle District of Florida and elsewhere,

ALEXANDER GABRIEL MEZA GONZALEZ,

the defendant herein, did fraudulently and knowingly, export and send from the United States to Colombia, a place outside of the United States, any merchandise, article or object, to wit: a 9mm Pietro Beretta pistol, a 9 mm Ruger pistol with an obliterated serial number, and a 9mm Smith & Wesson pistol with an obliterated serial number, contrary to any law or regulation of the United States, specifically, the Arms Export Control Act, Title 22, United States Code, Section 2778.

In violation of Title 18, United States Code, Sections 554 and 2.

## FORFEITURE

1. The allegations contained in Count One of this Information are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. The defendant, ALEXANDER GABRIEL MEZA GONZALEZ, upon conviction of a violation of Title 18, United States Code, Section 554, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to his violation, and any firearm or ammunition involved in or used in any knowing violation of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A. LEE BENTLEY, III
United States Attorney

By: ______________________________
Eric K. Gerard
Assistant United States Attorney

By: ______________________________
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section